UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

MAX ELIMELECH,

       Plaintiff,

Case No. 1:16-CV-24900-DPG

vs.

EXPERIAN INFORMATION SOLUTIONS, INC. and COLLECTION BUREAU OF AMERICA, LTD., INC.,

       Defendants.
                                            /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

      All matters and things in dispute having been adjusted and settled between the Plaintiff and Defendants, EXPERIAN INFORMATION SOLUTIONS, INC. and COLLECTION BUREAU OF AMERICA, LTD., INC., it is

      STIPULATED AND AGREED by the parties hereto that all claims between Plaintiff, MAX ELIMELECH, and Defendants, EXPERIAN INFORMATION SOLUTIONS, INC. and COLLECTION BUREAU OF AMERICA, LTD., INC., asserted in this litigation, including claims for attorney's fees and costs, be dismissed with prejudice as to all Defendants.

| | |
|---|---|
| *s/Justin Zeig* | *s/ Barbara Fernandez* |
| Justin Zeig, Esq. | Barbara Fernandez |
| Zeig Law Firm, LLC | Florida Bar No. 0493767 |
| 3595 Sheridan Street | bfernandez@hinshawlaw.com |
| Suite 103 | West A. Holden |
| Hollywood, FL 33021 | Florida Bar No. 0113569 |
| 754-217-3084 | wholden@hinshawlaw.com |
| 954-272-7807 | HINSHAW & CULBERTSON LLP |
| justin@zeiglawfirm.com | 2525 Ponce de Leon Blvd. – 4th FL |
| Attorneys for Plaintiff | Coral Gables, FL 33134 |
| | Telephone: 305-358-7747 |
| | Facsimile: 305-577-1063 |
| | Attorneys for Collection Bureau of America |

15387368v1 0993989

*s/Erika S. Handelson*
Erika S. Handelson
Florida Bar No. 91133
Email: ehandelson@jonesday.com
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799
***Counsel for Experian Information Solutions, Inc.***

Case No. 1:16-CV-24900-DPG

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Justin Zeig, Esq. <br> Zeig Law Firm, LLC <br> 3595 Sheridan Street <br> Suite 103 <br> Hollywood, FL  33021 <br> 754-217-3084 <br> 954-272-7807 <br> justin@zeiglawfirm.com <br> Attorneys for Plaintiff | Erika S. Handelson <br> Florida Bar No. 91133 <br> Email: ehandelson@jonesday.com <br> JONES DAY <br> 600 Brickell Avenue, Suite 3300 <br> Miami, FL 33131 <br> Telephone: (305) 714-9700 <br> Facsimile: (305) 714-9799 <br> ***Counsel for Experian Information Solutions, Inc.*** |
| | *s/ Barbara Fernandez* <br> Barbara Fernandez <br> Florida Bar No. 0493767 <br> bfernandez@hinshawlaw.com <br> West A. Holden <br> Florida Bar No. 0113569 <br> wholden@hinshawlaw.com <br> HINSHAW & CULBERTSON LLP <br> 2525 Ponce de Leon Blvd. <br> 4th Floor <br> Coral Gables, FL 33134 <br> Telephone: 305-358-7747 <br> Facsimile:  305-577-1063 <br> Attorneys for Collection Bureau of America |

15387368v1 0993989